**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**FREDERICK PENNINGTON,                                          PLAINTIFF
ADC # 71305**

**v.                            CASE NO. 5:12CV00227 BSM/JTK**

**ADAM J. BLACKSTOCK, et al.                              DEFENDANTS**

## JUDGMENT

      Pursuant to the order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice. The relief sought is denied.

      IT IS SO ORDERED this 1st day of August 2012.

_____
UNITED STATES DISTRICT JUDGE
